# First District Court of Appeal
## State of Florida

_____

No. 1D2025-0533
_____

TOLAND JEROME BONNER,

Appellant,

v.

FLORIDA DEPT. OF CORRECTIONS,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

February 16, 2026

PER CURIAM.

AFFIRMED.

LEWIS, ROWE, and NORDBY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Toland Jerome Bonner, pro se, Appellant.

Dan Johnson, General Counsel, and Shirtrina N. Roberts, Assistant General Counsel, Tallahassee, for Appellee.